Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 20 GJ 185 | **DATE** | JUNE 17, 2020 |
| **CASE TITLE** | U.S. v. HARDY LEE BROWNER | | |

**DOCKET ENTRY TEXT**  **UNDER SEAL**

20CR 299

JUDGE DOW

Magistrate Judge Jantz

FILED JUN 17 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

---

TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO BOTH DEFENDANTS.

THE DISTRICT COURT CLERKS OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE THE ARRAIGNMENT OF THE ARRESTED DEFENDANT(S).

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) ELECTRONIC COPY OF THE FILED INDICTMENT AND ONE (1) ELECTRONIC COPY OF THE ARREST WARRANT BE MADE AVAILABLE, VIA EMAIL, TO THE ASSISTANT U.S. ATTORNEYS ASSIGNED TO THIS CASE, JORDAN.MATTHEWS@USDOJ.GOV AND BARRY.JONAS@USDOJ.GOV.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DESIGNATED DEFENDANT(S), OR BY FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _Maria Valdez_ (ONLY IF FILED
or MAGISTRATE JUDGE                                       UNDER SEAL)

Courtroom Deputy Initials: _lp_