# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 20 CR 299 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Hardy Browner | ) | |
| Defendant | ) | |

## ORDER

Case called for initial appearance and arraignment hearing on 6/18/20 as to Defendant Hardy Browner. The defendant was unavailable due to medical reasons. As a result, the initial appearance and arraignment will have to be reset when the defendant is available. By agreement of the parties, the hearing was stricken. The Government's request that this case be unsealed is granted. The defendant is to remain in federal custody.

(T:00:15)

Date: June 18, 2020

_____
Magistrate Judge Maria Valdez