UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 20 CR 299 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| HARDY LEE BROWNER | ) | |

## **APPEARANCE OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney Jordan Matthews is assigned to this case.

                                         Respectfully submitted,

                                         JOHN R. LAUSCH, JR.
                                         United States Attorney
                                         Northern District of Illinois

                    By:    */s/ Jordan Matthews*
                                           JORDAN MATTHEWS
                                         Assistant United States Attorney
                                         219 S. Dearborn St., Rm. 500
                                         Chicago, Illinois 60604
                                         (312) 697-4090

Date: June 19, 2020