UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

HARDY LEE BROWNER

No. 20 CR 299

Judge Robert M. Dow. Jr.

**GOVERNMENT'S UNOPPOSED**
**MOTION FOR ENTRY OF PROTECTIVE ORDER**
**REGARDING GENERAL AND SENSITIVE DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, files its unopposed motion for the entry of a protective order regarding general and sensitive discovery material, and in support thereof states as follows:

1.      The indictment in this case charges defendant with knowingly and willfully making a materially false, fictitious, and fraudulent statement and representation involving international terrorism to the FBI, in violation of Title 18, United States Code, Section 1001(a)(2).

2.      The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect the privacy interests of third parties.

3.      The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order regarding general and sensitive discovery material.

Respectfully submitted,


JOHN R. LAUSCH, Jr.
United States Attorney

By:   /s/ *Barry Jonas*
      BARRY JONAS
      JORDAN MATTHEWS
      Assistant U.S. Attorneys
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      (312) 353-5300

Dated: June 24, 2020

2