**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| United States of America | ) | |
| --- | --- | --- |
| Plaintiff | ) | Case No: 20 CR 299 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Hardy Browner | ) | |
| Defendant | ) | |

## **ORDER**

Initial appearance and arraignment held on 6/24/20 as to Defendant Hardy Browner. All parties agreed to appear telephonically. Attorney Molly Armour represented the defendant. The defendant appears in response to the arrest on 6/18/20. Due to medical reasons, the hearing was reset to today. The Government advised the defendant of the charges pending against him and the maximum penalties. The defendant was advised of his rights. The defendant waived formal reading and entered a plea of not guilty as to all counts of the indictment. The Government seeks to detain the defendant based on being a risk of flight and a danger to the community. Upon motion of defense counsel, without objection from the Government, the detention hearing is set for 7/6/20 at 11:00 a.m. via teleconference. Further dates were given in open court: 16.1(a) conference by 7/8/20. Status hearing is set for 7/29/20 at 9:00 a.m. before Judge Dow. The Government's oral motion to exclude time from 6/24/20 to and including 7/6/20 is granted. Enter excludable time under 18 U.S.C. § 3161(h)(7)(B)(iv) in the interest of justice and to allow counsel reasonable time for effective preparation, including in regard to pre-trial motions and responses. (X-T) The defendant is to remain in federal custody.

(T:00:15)

Date: <u>June 24, 2020</u>

_____
Magistrate Judge Maria Valdez