# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                 Case No.: 1:20–cr–00299
                                                      Honorable Robert M. Dow Jr.

Hardy Lee Browner

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, June 28, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Hardy Lee Browner (1): Government's unopposed motion for entry of a protective order [10] is granted. Signed order to follow. Notice of motion date of 6/30/2020 is stricken and no appearances are necessary on that date. Because Judge Dow will not be in court on 7/29/2020, which is the next scheduled hearing date, counsel are requested to email the Courtroom Deputy to reset that status hearing to some date after August 10. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.