# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

      Plaintiff,

v.

Hardy Lee Browner

      Defendant.

Case No.: 1:20−cr−00299
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 3, 2020:

    MINUTE entry before the Honorable Robert M. Dow, Jr.as to Hardy Lee Browner: By agreement of the parties, status hearing is set for 8/14/2020 at 9:30 a.m. Please use the Court's toll−free call−in number 8773361829, conference access code is 6963747. Without objection, time is excluded through 8/14/2020 under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) based on the Court's finding that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial given the need to protect the health and safety of defendants, defense counsel, prosecutors, court staff, and the public by reducing the number of in−person hearings to the greatest extent possible. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.