# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America<br>Plaintiff | )<br>)<br>) | Case No: 20 CR 299 |
| v. | )<br>)<br>) | Judge: Maria Valdez |
| Hardy Browner<br>Defendant | )<br>)<br>) | |

## ORDER

Continued detention hearing held on 7/6/20 as to Defendant Hardy Browner. All parties agreed to appear telephonically. Oral argument heard in open Court. Government Group Exhibit 1 entered. Defense Exhibits 1 and 2 also entered in the record. The Court finds that the placement of Mr. Browner in a non-custodial mental health setting does not alleviate the Court's concern that his online activities pose a serious danger to the community. Mr. Browner's mental health has appeared to stabilize through medication at the Metropolitan Correctional Center. Further, given the serious nature of the activities of the Defendant described in Government's Group Exhibit 1, Mr. Browner's access to the internet poses a serious danger. This, in addition to his mental health history, criminal activity while under supervision, juvenile adjudication for an offense that is sexual in nature, prior arrests and convictions that are violent in nature and prior arrests involving a weapon, The Court finds that there are no conditions, or set of conditions that can be put in place at this time, to ensure that the defendant will not be a danger to the community. The defendant is to remain in federal custody. Detention Order to follow.

(T:00:30)

Date: July 6, 2020

Magistrate Judge Maria Valdez