UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HARDY LEE BROWNER | No. 20 CR 299<br><br>Judge Robert M. Dow, Jr. |

**AGREED MOTION TO DESIGNATE A**
**<u>CLASSIFIED INFORMATION SECURITY OFFICER</u>**

The United States of America, through its attorney, JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, and Molly Armour, counsel for defendant, respectfully request that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the parties state the following:

    1.    This a criminal matter in which the grand jury has returned an indictment charging the defendant with knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to the

---

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

FBI in a matter involving international terrorism, in violation of 18 U.S.C. § 1001(a)(2).

2. This case involves classified material, will require the production of classified discovery to cleared defense counsel and will likely require filings pursuant to CIPA.

3. To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, and to assist defense counsel in obtaining their clearances, the parties requests that the Court designate Daniel O. Hartenstine as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

4. The parties further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Hartenstine is unavailable: Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and W. Scooter Slade.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s/ *Barry Jonas*
BARRY JONAS
JORDAN MATTHEWS
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Dated: July 13, 2020