

U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

Washington, D.C. 20530

The Honorable Robert M. Dow, Jr.
United States District Court
   for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

JUN 2 5 2020

      RE:   *United States v. Hardy Lee Browner* (20-cr-299)

Dear Judge Dow:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Mr. Daniel O. Hartenstine, Supervisory Security Specialist, for the position of Classified Information Security Officer in the above-captioned case. I also recommend Security Specialists Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S. Slade as alternate Classified Information Security Officers. In addition, I certify that the above-mentioned individuals are cleared for the level and category of classified information that will be involved in this litigation. Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties as outlined in the above-cited procedures.

If you have any questions please do not hesitate to contact Deputy Director Christine Gunning or me at (202) 514-2094.

Sincerely,

*James L. Dunlap*

James L. Dunlap
Department Security Officer