UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HARDY LEE BROWNER | Case No. 20 CR 299<br><br>Judge Robert M. Dow, Jr. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, August 14, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert M. Dow, Jr. in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in his place and stead, and then and there present the **Government's Motion for Pretrial Conference Pursuant to the Classified Information Procedures Act, the Government's Unopposed Motion for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act, and the Agreed Motion to Designate a Classified Information Security Officer** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ *Barry Jonas*
BARRY JONAS
JORDAN MATTHEWS
Assistant United States Attorneys
219 South Dearborn, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300

Dated: July 13, 2020