# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Hardy Lee Browner

Defendant.

Case No.: 1:20−cr−00299
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2020:

    MINUTE entry before the Honorable Robert M. Dow, Jr: On the Court's own motion, the telephonic status hearing and motion hearing [23], [24], [25] are reset to 8/14/2020 at 9:45 a.m. Time change only. The call−in information for the 8/14/2020 hearing is as follows: Please use the Court's toll−free call−in number 877−336−1829, conference access code is 6963747. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.