# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                   Case No.: 1:20–cr–00299
                                   Honorable Robert M. Dow Jr.

Hardy Lee Browner

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Hardy Lee Browner (1): Motions for pre–trial conference [23], protective order [24], and designation of Classified Information security Officer [25] are granted. In regard to the protective order, counsel are directed to submit the signed protective order (memorandum of understanding) to the Courtroom Deputy for entry on the docket. In addition, by agreement of the parties, Daniel O. Hartenstine is designated as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice. The status hearing set for 8/14/2020 at 9:45 a.m. will proceed so that the Court can set a date for the pre–trial conference and a date for a further status hearing. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.