## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                  Case No.: 1:20−cr−00299
                                                 Honorable Robert M. Dow Jr.

Hardy Lee Browner

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Hardy Lee Browner: The status hearing set for 8/14/2020 at 9:45 a.m. will proceed so that the Court can set a date for the pre−trial conference and a date for a further status hearing. The call−in information for the 8/14/2020 hearing is as follows: Please use the Court's toll−free call−in number 877−336−1829, conference access code is 6963747. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.