**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:20−cr−00299
Honorable Robert M. Dow Jr.

Hardy Lee Browner

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 14, 2020:

MINUTE entry before the Honorable Robert M. Dow, Jr. as to Hardy Lee Browner: Defense counsel's oral motion to waive her client's appearance for today's hearing is granted. Telephone conference held and continued to 10/15/2020 at 9:45 a.m. Joint status report is due 8/9/2020. Defense counsel's oral motion for leave to file pre−trial filings under seal is granted without objection. Without objection, time is excluded through 10/15/2020 under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) based on the Court's finding that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial given the need to protect the health and safety of defendants, defense counsel, prosecutors, court staff, and the public by reducing the number of in−person hearings to the greatest extent possible, as well as for review of discovery materials and consideration of pre−trial motions. Due to the COVID−19 pandemic and to ensure the safety of everyone, and consistent with the guidance of the CDC, our state and local authorities, and the General Orders entered in this District, we are asking that counsel and parties consider whether the Defendant's presence is necessary for all hearings in criminal cases, whether in−person or by video or telephone conference. Where counsel and their clients feel that the Defendant's presence is necessary, we will do our best to accommodate the desire to be present, including by resetting the hearing date if necessary if the US Marshals Service cannot accommodate all of the requests on any given day. However, please keep in mind that under Federal Rule of Criminal Procedure 43(a), the Defendant's presence is not legally required for routine status hearings (or for any hearings other than initial appearances, arraignments, evidentiary hearings, trials, and sentencings). When filing your status report that is due three business days before each and every status hearing, please note whether you agree to waive the Defendant's appearance in the status report. We all look forward to a time when we can resume our District's normal practice of frequently seeing counsel and litigants in person. At present, however, that is not possible and we appreciate everyone's consideration of the circumstances and attention to the foregoing guidance and request for periodic status reports. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.