**In the United States District Court
for the Northern District of Illinois**

**United States of America,**
**Plaintiff,**

**Case number**  20 CR 299

**Judge**  Robert M. Dow Jr.

v.
Hardy Browner
**Defendant.**

### CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Hardy Browner

**Under seal?** ☐ Yes ☒ No

**Defendant number**  1

**Representation type** CC

**Type of person represented** Adult

**Court order** : Appointing Counsel

**Payment category** Felony

**Name of Prior Attorney**  None

**Name of appointed attorney** Molly Armour

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

_____
**Signature of Presiding Judge or by Order of the Court**

8-14-20
**Date**

**Nunc Pro Tunc Date:** June 18, 2020      **or** ☐ **None**

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**          ☐ Yes ☐ No
**Prior authorization approved?**      ☐ Yes ☐ No   ☐ Not applicable

_____
**Signature of Presiding Judge or by Order of the Court**

_____
**Date**

**Nunc Pro Tunc Date:**          **or** ☐ **None**

Rev. 2212019