UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.   20 CR 299 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| HARDY BROWNER | ) | |

JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant HARDY BROWNER, by his attorneys Molly Armour and Joshua G. Herman, respectfully submits this Status Report, pursuant to the Court's Order of December 15, 2020 (R. # 39).

On June 17, 2020, the defendant was indicted on one count of violating Title 18, United States Code, Section 1001(a)(2). On or about July 6, 2020, after a detention hearing before Judge Valdez, the defendant was ordered to remain in federal custody.

On or about June 18, 2020 and August 6, 2020, the government produced a total of approximately 15,000 pages of documents on a total of 10 discs. The government expects to produce another round of unclassified discovery of approximately 554 pages on 3 discs during the week of February 15, 2021. The government will also produce the first round of classified discovery to Mr. Herman that same week. The government anticipates that an additional round of unclassified and classified discovery will be produced as soon as the material has been processed by the FBI.

The government recognizes its ongoing obligation to supplement these disclosures with new material as it becomes available.

A status conference is currently scheduled for February 18, 2021. The parties request that the conference proceed as scheduled.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   */s/ Barry Jonas*
    BARRY JONAS
    JORDAN MATTHEWS
    Assistant U.S. Attorneys
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 353-5300


    */s/ Molly Armour*
    MOLLY ARMOUR
    Law Offices of Molly Armour
    4050 N. Lincoln Avenue
    Chicago, IL 60618
    (773) 746-4849
    *Attorney for Defendant*

    */s/ Joshua G. Herman*
    JOSHUA G. HERMAN
    53 West Jackson, Blvd.
    Suite 457
    Chicago, IL 60604
    (312) 909-0434
    *Attorney for Defendant*