IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 20 CR 299 |
| | ) | |
| v. | ) | Honorable Robert M. Dow, Jr. |
| | ) | |
| HARDY LEE BROWNER, | ) | *Emergency Judge:* |
| Defendant. | ) | Honorable John Robert Blakey |
| | ) | |

**ADDENDUM TO**
**EMERGENCY MOTION FOR TEMPORARY RELEASE**

Now comes the Defendant, Hardy Browner, by and through his attorneys, and submits this addendum to his Emergency Motion for Temporary Release:

Counsel has conferred with the Government and understands that the Government has no objection to Mr. Browner's Emergency Motion for Temporary Release (Dkt. 48), provided the Court fully admonishes the third-party custodian as to her obligations.

Dated: March 28, 2021              Respectfully submitted,

                                   s/ Molly Armour
                                   MOLLY ARMOUR
                                   One of the Attorneys for Hardy Browner

                                   Law Office of Molly Armour
                                   4050 N. Lincoln Avenue
                                   Chicago, IL 60618
                                   (773) 746-4849
                                   armourdefender@gmail.com

                                   Joshua Herman
                                   Attorney at Law
                                   53 West Jackson Blvd., Suite 404
                                   Chicago, IL 60604
                                   (312) 909-0434
                                   jherman@joshhermanlaw.com