UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 20 CR 299 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| HARDY BROWNER | ) | |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant HARDY BROWNER, by his attorneys Molly Armour and Joshua G. Herman, respectfully submits this Status Report, pursuant to the Court's Order of April 1, 2021 (R. # 55).

On June 17, 2020, the defendant was indicted on one count of violating Title 18, United States Code, Section 1001(a)(2). On or about July 6, 2020, after a detention hearing before Judge Valdez, the defendant was ordered to remain in federal custody.

On or about June 18, 2020, August 6, 2020, February 17, 2021, March 10, 2021, April 6, 2021, and May 12, 2021, the government produced a total of approximately 17,820 pages of documents on a total of 21 discs. The government has also produced, on or about February 19, 2021, classified discovery to Mr. Herman. The government anticipates producing an additional round of classified discovery and is confirming with the FBI as to whether there is any outstanding unclassified discovery. The government recognizes its ongoing obligation to supplement these disclosures with new material as it becomes available.

Since our last status, Mr. Browner was indicted in a new matter, *United States v. Hardy Lee Browner*, 21 CR 302, before the Honorable Virginia M. Kendall.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Barry Jonas*
BARRY JONAS
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

*/s/ Molly Armour*
MOLLY ARMOUR
Law Offices of Molly Armour
4050 N. Lincoln Avenue
Chicago, IL 60618
(773) 746-4849
*Attorney for Defendant*

*/s/ Joshua G. Herman*
JOSHUA G. HERMAN
53 West Jackson, Blvd.
Suite 457
Chicago, IL 60604
(312) 909-0434
*Attorney for Defendant*