JUDGE WOOD
MAGISTRATE JUDGE JANTZ



E.C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. 20 CR 299 |
|---|---|
| v. | Violations: Title 18, United States Code, Section 1001(a)(2); and 1591(a)(1), (b)(2) and (c). |
| HARDY LEE BROWNER | |

**SUPERSEDING INFORMATION**

# COUNT ONE

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

    a. The Federal Bureau of Investigation was investigating possible violations of federal criminal law in connection with defendant HARDY LEE BROWNER's communications with Individual A and defendant's communications related to a foreign terrorist organization.

    b. The following matters, among others, were material to that investigation:

    - The individual or individuals that used the following Twitter accounts: @AhkTheBlackArab, @RightlyGuidedTA, @Ahkishaykh, and @ChocalateShaykh;

    - Whether defendant communicated with Individual A, who used Twitter account name @AbuFarriss, which account publicly claimed allegiance to a foreign terrorist organization; and

- Whether defendant communicated with the following Twitter accounts: @AbuFarriss or @Dawla_NewsMedia.

2. On or about July 15, 2015, at Chicago, in the Northern District of Illinois,

HARDY LEE BROWNER,

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation. The offense involved international terrorism in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency within the executive branch of the Government of the United States. Specifically, the defendant stated to representatives of the Federal Bureau of Investigation that:

    a. defendant did not use the following Twitter accounts: @AhkTheBlackArab, @RightlyGuidedTA, @Ahkishaykh, and @ChocalateShaykh;

    b. defendant did not communicate with Individual A; and

    c. defendant did not communicate with the following Twitter accounts: @AbuFarriss and @Dawla_NewsMedia.

Whereas, in truth and in fact, as defendant then well knew, these statements were false;

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

Beginning on or about December 5, 2019, and continuing until on or about January 3, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

HARDY LEE BROWNER,

defendant herein, in and affecting interstate commerce, knowingly patronized and solicited by any means a person, namely Minor A, having had a reasonable opportunity to observe Minor A, and knowing and in reckless disregard of the fact that Minor A had attained the age of 14 years old but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c).

STEVEN DOLLEAR
Digitally signed by STEVEN DOLLEAR
Date: 2022.12.29 13:25:39 -06'00'

Signed by Steven Dollear on behalf of the
UNITED STATES ATTORNEY