# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                          Case No.: 1:20–cr–00299

                                                      Honorable Andrea R. Wood

Hardy Lee Browner

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Andrea R. Wood as to Hardy Lee Browner: Sentencing hearing held on 2/5/2025. The Court orally pronounces sentence. The Court commits Defendant to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one hundred eighty (180) months. Upon release from imprisonment, Defendant shall be on supervised release for a term of five (5) years, with conditions as stated on the record. A special assessment of $200.00 is due immediately. Defendant is remanded to the custody of the U.S. Marshals. Judgment order to follow. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.